RECEIVED
IN MONROE, LA
AUG 0 2 2010
AC
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JAMES LEE BROWN | CIVIL ACTION NO. 3:10-cv-0628 |
| VS. | SECTION P |
| | JUDGE ROBERT G. JAMES |
| EDWIN MOBLEY | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted and for seeking monetary relief against a defendant who is immune from such relief in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, this 2 day of August, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE